IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SCOTT VINCENT VAN DYKE, | § | CASE NO. 21-60052 (CML) |
| | § | (Chapter 7) |
| Debtor. | § | |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

TO THE HONORABLE CHRISTOPHER M. LOPEZ, U.S. BANKRUPTCY JUDGE:

COMES NOW, SCOTT VINCENT VAN DYKE and makes this his Certificate of Service of Notice of Hearing as follows:

On February 19, 2025, the undersigned served notice of the hearing the Court set on the Plaintiff/Debtor's application for temporary restraining order on all parties entitled to notice of the hearing. More specifically, on February 18, 2025, notice was provided via email to the defendants Mary Katherine Alonso, Sarah Patel Pacheco, and Jackson Walker, LLP by and through their counsel Genevieve Graham, and to pro se defendant Rudolph M. Culp. In addition, a true and correct copy of a notice, in the form of the attached Exhibit "1", was served on all parties registered to receive notices via the Court's CM/ECF system.

DATED: February 19, 2025

Respectfully submitted,

**THE PROBUS LAW FIRM**

By: /s/ Matthew B. Probus
**Matthew B. Probus**
Tex. Bar No. 16341200
Fed. ID No. 10915
10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com
*ATTORNEYS FOR PLAINTIFF/DEBTOR,*
*SCOTT VINCENT VAN DYKE*

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| SCOTT VINCENT VAN DYKE, | § § § | CASE NO. 21-60052 (CML) (Chapter 7) |
| Debtor. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT the Court has set an in-person hearing on the Debtor's application for temporary restraining order. The hearing is set for 2/20/2025 at 12:00 PM in Courtroom 401, U.S. Courthouse, 515 Rusk Ave., Houston, Texas 77002. The Debtor has been ordered to be present in person at the hearing as well.

DATED: February 19, 2025

Respectfully submitted,

**THE PROBUS LAW FIRM**

By: /s/ Matthew B. Probus
**Matthew B. Probus**
Tex. Bar No. 16341200
Fed. ID No. 10915
10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com
*ATTORNEYS FOR PLAINTIFF/DEBTOR,
SCOTT VINCENT VAN DYKE*

1