IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § § § | |
| SCOTT VINCENT VAN DYKE, | § § § | CASE NO. 21-60052 (CML)<br>(Chapter 7) |
| Debtor. | § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE THAT the Court has set an in-person hearing on the Debtor's application for temporary restraining order. The hearing is set for 2/20/2025 at 12:00 PM in Courtroom 401, U.S. Courthouse, 515 Rusk Ave., Houston, Texas 77002. The Debtor has been ordered to be present in person at the hearing as well.

DATED:  February 19, 2025

Respectfully submitted,

**THE PROBUS LAW FIRM**

By: /s/ *Matthew B. Probus*
**Matthew B. Probus**
Tex. Bar No. 16341200
Fed. ID No. 10915
10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com
*ATTORNEYS FOR PLAINTIFF/DEBTOR,
SCOTT VINCENT VAN DYKE*

1