United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 21-60052 |
| SCOTT VINCENT VAN DYKE, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 7 |

### ORDER REGARDING TEMPORARY RESTRAINING ORDER
(RE: ECF NO. 378)

The Court partially grants and partially denies Scott Van Dyke's motion for a temporary restraining order for the reasons stated on the record at the February 20, 2025 hearing.

Any deposition involving Van Dyke, or any litigation against Van Dyke, in furtherance of seeking damages based on a claim for breach of alleged fiduciary duties occurring on or before January 30, 2022 is barred by the discharge order entered in this case.

Claims (i) based on acts that occurred on or after January 31, 2022, if any, (ii) a request for accounting, and (iii) declaratory judgment are not enjoined by the discharge order.

Plaintiffs must file a copy of this Order by February 25, 2025 on the docket in the lawsuit styled *Mary Katherine Alonso, et al. v. Scott Van Dyke, et al.*, Cause No. 501470-401, in Probate Court No. 2, Harris County, Texas. Plaintiffs must also file a copy of the February 20, 2025 hearing transcript (when publicly available on this Court's docket).

A hearing on the application for a preliminary injunction is set for March 5, 2025 at 2:00 p.m. in 515 Rusk Street, Courtroom 401, Houston, Texas 77002. All parties must appear in person.

Signed: February 20, 2025

_____
Christopher Lopez
United States Bankruptcy Judge